IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>TERRANCE WALLER<br><br>**Debtor** | CHAPTER 13<br><br>BANKRUPTCY NO. 19-17672-AMC |

### CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, Chapter 13 Standing Trustee, and certifies that he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A. at the address(es) listed below by first class mail, postage prepaid:

Debtor

    TERRANCE WALLER
    7425 RHOADS STREET
    PHILADELPHIA, PA  19151

B. and by electronic service only:

Creditor

    CARRINGTON MORTGAGE SERV
    BK DEPT
    P.O. BOX 3730
    ANAHEIM, CA  92806

Debtor's Attorney

    CIBIK LAW, P.C.
    MICHAEL A. CIBIK, ESQ.
    1500 WALNUT STREET
    SUITE 900
    PHILADELPHIA, PA  19102

Dated: 1/29/2025

    /s/ Kenneth E. West
    _____
    Kenneth E. West, Esquire
    Chapter 13 Standing Trustee