United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17672-amc |
| Terrance Waller | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 30, 2025 | Form ID: 138OBJ | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terrance Waller, 7425 Rhoads Street, Philadelphia, PA 19151-2923 |
| 14452792 | + | Carrington Mortgage Services, LLC, c/o ANN E. SWARTZ, McCabe, Wesberg & Conway, P.C., 123 South Broad Street, Suite 2080, Philadelphia, PA 19109-1031 |
| 14449712 | + | Carrington Mortgage Services, LLC., CO Andrew M. Lubin, Esq., Milstead & Associates, 1 East Stow Road, Marlton, NJ 08053-3118 |
| 14436909 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14436913 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 31 2025 00:00:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 31 2025 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14436891 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 30 2025 23:59:00 | Carrington Mortgage Services, Attn: Bankruptcy, PO Box 3730, Anaheim, CA 92806 |
| 14465833 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 30 2025 23:59:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 14436892 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 30 2025 23:59:00 | Carrington Mortgage Services, LLC, PO Box 79001, Phoenix, AZ 85062 |
| 14436896 | | Email/Text: megan.harper@phila.gov | Jan 31 2025 00:00:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14436897 | | Email/Text: megan.harper@phila.gov | Jan 31 2025 00:00:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14503251 | | Email/Text: megan.harper@phila.gov | Jan 31 2025 00:00:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14436894 | + | Email/Text: ecf@ccpclaw.com | Jan 30 2025 23:59:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14436898 | + | Email/Text: bankruptcy@philapark.org | Jan 31 2025 00:00:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14436899 | + | Email/Text: mrdiscen@discover.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 30, 2025 | Form ID: 138OBJ | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| 14436900 | | Email/Text: bankruptcycourts@equifax.com | Jan 30 2025 23:59:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 14436901 | ^ | MEBN | Jan 30 2025 23:59:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14436902 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 30 2025 23:56:58 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14436903 | + | Email/Text: Bankruptcy@ICSystem.com | Jan 30 2025 23:59:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14436904 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 30 2025 23:59:00 | I C System Inc, Attn: Bankruptcy, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 14436893 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 30 2025 23:59:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14447968 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2025 00:16:33 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 14436905 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2025 00:04:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14447293 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 31 2025 00:16:19 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14436907 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 31 2025 00:16:00 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14436908 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 31 2025 00:17:37 | Merrick Bank/CardWorks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14464658 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 31 2025 00:00:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14436911 | ^ | MEBN | Jan 31 2025 00:00:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14449279 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2025 23:57:04 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14436910 | | Email/Text: bankruptcygroup@peco-energy.com | Jan 31 2025 00:17:57 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14436912 | + | Email/Text: bankruptcy@philapark.org | Jan 30 2025 23:59:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14436914 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 31 2025 00:00:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14436915 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 31 2025 00:16:33 | Portfolio Recovery, PO Box 41021, Norfolk, VA 23541-1021 |
| 14436916 | | Email/Text: DASPUBREC@transunion.com | Jan 31 2025 00:00:00 | Santander Consumer USA, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 14457041 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 30 2025 23:59:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14440174 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 30 2025 23:59:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| | | | Jan 31 2025 01:29:56 | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14436890 | | Aneesah Hassan |
| 14436895 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14635610 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14436906 | ##+ | Martha Von Rosenstiel, Esq., 649 South Avenue, Unit 7, Secane, PA 19018-3541 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARISA MYERS COHEN | on behalf of Creditor Carrington Mortgage Services LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MICHAEL A. CIBIK | on behalf of Debtor Terrance Waller help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROGER FAY | on behalf of Creditor Carrington Mortgage Services LLC. rfay@alaw.net, bkecf@milsteadlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 138OBJ* (6/24)−doc 82 − 80

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
    Terrance Waller )  Case No. 19−17672−amc
)
)
Debtor(s). )  Chapter: 13
)
)

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: January 30, 2025                                                            For The Court

                                                                              Timothy B. McGrath
                                                                              Clerk of Court